■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK CONKLIN, III, Appellant. — Appeal by defendant from a judgment of the County Court, Orange County, rendered June 10, 1980, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence. Judgment affirmed (see *People v Warren*, 47 NY2d 740; *People v Bell*, 47 NY2d 839; *People v Brown*, 45 NY2d 852). Lazer, J.P., Margett, O'Connor and Thompson, JJ., concur.